Maria Elena G. Nicdao
18695 Haralequin Place
Anchorage, AK 99516
Tels. 351-1810
        3499588

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| MARIA ELENA GAMBOA NICDAO ) <br> ) <br> Plaintiff ) <br> ) <br> vs ) <br> ) <br> AMERICA'S SERVICING COMPANY ) <br> ROUTH, CRABTREE, APC ) <br> ) <br> Defendants ) | RECEIVED <br> APR 2 6 2010 <br> CLERK, U.S. DISTRICT COURT <br><br> 3:10-cv-00083-JWS |

## COMPLAINT

1. At all times hereinafter mentioned, plaintiff was and still is a

resident of 18695 Harlequin Place, Anchorage, AK 99516.

2. Defendants, America's Servicing Company and Routh, Crabtree, APC have the following respectively addresses:

>America's Servicing Company
>P.O. Box 10388
>Desmoines, IA 50306-0399
>Tel. No. 1-877-272-7875

>Routh, Crabtree, APC
>George M. Cruickshank
>Evictions Department
>3000 A Street, Suite 200
>Anchorage, AK 99503
>Tel. No. 907-222-4300

3. The jurisdiction of this court is invoked.

4. The plaintiff's rights were violated by the defendants through the unending threats of foreclosure of her home, the actual foreclosure of her home and the immediate threat of eviction from her home, despite her ongoing loan modification on her loan on her home which started as early as November 2008 and have been continuing up to March 2010. The protracted

loan modification process emanated from the seeming sheer incompentence of America's Servicing Company's loan modification personnel who misplaced several of her loan modification request/documentation as shown in Exhibits I-VII.  Meanwhile, Routh, Crabtree has been harassing plaintiff which endless notices of foreclosure despite plaintiff's numerous pleadings through America's Servicing Company that such be stopped in view of the ongoing loan modification with them.  Attempted calls to Routh, Crabtree by plaintiff to stop the foreclosure notices were in vain in view of the fact that they do not answer telephone calls, nor do they return voicemail messages.  In fact, Judge Herbert Ross of the Bankruptcy Court , had even ordered at one point, that such foreclosure notices were null and void.  And yet, Routh, Crabtree persisted in sending plaintiff foreclosure notices.

5.   As a consequence of the above abuses by the defendants,

plaintiff's peace of mind, state of health and ability to make a living have been adversely affected. Plaintiff was always in mortal fear of getting another foreclosure notice, or for that matter, an actual foreclosure, and threat of eviction from Routh, Crabtree. All three fears, in fact, materialized. Meanwhile, the unending frustration of sending several loan modification requests to America's Servicing Company either because they lost the previous ones I submitted, or that my loan modification documents where received but are still under review, was terribly frustrating. Requests made of America's Servicing Company to contact Routh, Crabtree to stop their foreclosure proceedings were of no avail. They wanted plaintiff to make the phone calls to Routh, which she did, but were unresponded to.

6. Finally, the ultimate fear of the plaintiff materialized when she found out that her house was actually foreclosed on. She immediately contacted America's Servicing Company.

Plaintiff spoke with a representative of America's Serving Company named Angie with employee ID No. BQF, who told her she did not understand why I was foreclosed on when I had an ongoing loan modification with them. She promised to call me in three days' time. She never did. So plaintiff called again. This time, a supervisor, named Tracy Jackson again promoised to find out what happened and told me to write them a "Foreclosure Rescission"letter, which I did. Then I got the eviction notice from Routh, Crabtree. So I made a final call to America's Servicing Company on April 23, 2010 to fax me a copy of a letter from them to Routh, Crabtree to stop the eviction. Nothing has happened. Plaintiff has only one recourse- - -to go to court to file a Complaint, a Temporary Restraining Order and a Preliminary Injunction, without the benefit of an attorney because her dire financial situation is such that she cannot afford to hire a lawyer to defend her.

7. WHEREFORE, plaintiff demands:

> Statutory and actual damages which will result in the complete elimination of the plaintiff's mortgage indebtedness on her 18695 Harlequin Place, Anchorage, Alaska 99516 home to US Bank National Association, the owner of her loan, and indirectly to America's Servicing Company, US Bank National Association's servicer, PLUS $700,000.

> Permanent injunction against the defendants from performing similar acts of harassment and incompetence as they inflicted on the plaintiff

> Any further relief which the court may deem appropriate.

*[signature]*
MARIA ELENA GAMBOA NICDA0
18695 Harlequin Place, Anchorage, AK 99516
Tel. Nos. 907-351-1810  907-349-9588

April 26, 2010

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT ON THE 26TH DAY OF April 2010, the foregoing document was served by first class mail to

America's Servicing Company
P.O. Box 10388
Desmoines, IA 50306-0399
Tel. No. 1-877-272-7875

Routh, Crabtree, APC
George N. Cruickshank
Devictions Department
3000 A Street, Suite 200
Anchorage, AK 99503
Tel. No. 907-222-4300